**MAGISTRATE JUDGE COLE**

| Prob 22 (2/98) | TRANSFER OF JURISDICTION **JUDGE MANNING** | DOCKET NUMBER (Tran Court) 0863 4:96-cr-123-01 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Rickie Dunning | DISTRICT Southern Iowa | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ronald E. Longstaff Senior U.S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 10/10/2006 — TO 10/9/2011 |

**OFFENSE**

21:841(a)(1) - Possess with Intent to Distribute Cocaine Base ("Crack"), a Schedule II Controlled Substance

**08CR 0184**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 22, 2008
Date

*signature*
RONALD E. LONGSTAFF, Senior Judge
United States District Court

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 6 2008
Date

*signature*
United States District Judge

**FILED**

FEB 2 7 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT